**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

David Mack
                        Plaintiff,

v.                                       Case No.: 1:12−cv−04574
                                          Honorable Blanche M. Manning

Viking Client Services, Inc.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 18, 2012:

      MINUTE entry before Honorable Blanche M. Manning: In the interest of judicial economy, Plaintiff's Motion to certify class [4] is denied without prejudice, with the understanding that the plaintiff's request for class certification remains pending as a placeholder and no rights are waived. In light of the date of service, status hearing set for 8/7/2012 at 11:00 AM. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.