IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID MACK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:12-cv-04574 |
| | ) | |
| VIKING CLIENT SERVICES, INC. f/k/a | ) | Judge Manning |
| VIKING COLLECTION SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT**

Defendant, Viking Client Services, Inc. f/k/a Viking Collection Services, Inc. ("Viking") hereby moves this Court, under Fed. R. Civ. P. 6(b), for an extension of time to answer or otherwise plead in response to Plaintiff's Complaint – Class Action ("Complaint"), and in support thereof states as follows:

1. Pursuant to service of summons, Viking is required to answer or otherwise plead to the Complaint in this case by July 6, 2012.

2. The allegations of the Complaint relate to alleged violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, and the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*.

3. Viking is in the process of gathering records concerning the allegations contained in the Complaint so that it may fully address, and defend itself against, the claims asserted in the Complaint.

4. Viking respectfully requests that this Court extend their time to answer or otherwise plead to August 3, 2012.

5. Counsel for the Plaintiff does not oppose the proposed extension.

6. Viking's motion is not brought for purposes of needlessly delaying the proceedings and will not prejudice any party.

WHEREFORE, Viking respectfully request that this Court grant its motion for an extension of time to answer or otherwise plead in response to the Complaint up to and including August 3, 2012.

Date: July 5, 2012

Respectfully submitted,

**VIKING CLIENT SERVICES, INC. f/k/a VIKING COLLECTION SERVICES, INC.**

By: /s/ Albert E. Hartmann
One of Its Attorneys

Albert E. Hartmann (ARDC #06256064)
DLA PIPER US LLP
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601
T: 312-368-2142
F: 312-630-7317
Email: albert.hartmann@dlapiper.com

## **CERTIFICATE OF SERVICE**

  I, Albert E. Hartmann, an attorney, depose and state that on July 5, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve electronic notice to all counsel of record.

                s/ Albert E. Hartmann
                Albert E. Hartmann