IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID MACK on behalf of himself and others similarly situated, | ) | |
| Plaintiff, | ) | 1:12-cv-4574 |
| | ) | Judge Manning |
| v. | ) | |
| | ) | JURY DEMANDED |
| VIKING CLIENT SERVICES, INC. f/k/a VIKING COLLECTION SERVICES, INC., | ) ) | |
| Defendant. | ) | |

**FED.R.CIV.P. 41(a)(1)(A)(i)**
**DISMISSAL WITHOUT PREJUDICE**

Plaintiff hereby takes a voluntary nonsuit in this case, and dismisses it without prejudice.

Defendant has not answered, and has not filed a motion for summary judgment.

The claims of the putative, uncertified class members are also dismissed without prejudice.

Respectfully submitted,

/s/Alexander H. Burke

Alexander H. Burke
**BURKE LAW OFFICES, LLC**
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com